IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN D. DOWNEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 06-187-GPM |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on a Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson. Magistrate Judge Wilkerson recommends that the undersigned deny the petition for review of the Commissioner's decision denying benefits to Plaintiff and enter judgment in favor of the Commissioner. The Report and Recommendation was filed on August 16, 2007, and no timely objections were filed.

Because there are no timely objections, pursuant to 28 U.S.C. § 636(b), this Court need not conduct a *de novo* review. 28 U.S.C. § 636(b); *see also Thomas v. Arn,* 474 U.S. 140 (1985); *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). Accordingly, the Report and Recommendation (Doc. 21) is **ADOPTED**, and the decision by the Commissioner of Social Security is **AFFIRMED**. The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 9/10/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
Chief United States District Judge